[No. 41684-1-II.   Division Two.   September 18, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SHARIE R. RAMSEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-1-00464-8, Gordon Godfrey, J., entered December 28, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Van Deren, J.

[No. 41712-0-II.   Division Two.   September 18, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JOSEPH HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 10-1-00385-1, George L. Wood, J., entered December 21, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Penoyar, JJ.

[No. 41820-7-II.   Division Two.   September 18, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. NANOKA TATYANA KRUGER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-1-00520-8, Jay B. Roof, J., entered February 11, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 41864-9-II.   Division Two.   September 18, 2012.]

THE STATE OF WASHINGTON, *Respondent* v. B.D.B., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-8-00019-5, Lisa E. Tabbut, J. Pro Tem., entered February 22, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, C.J., and Hunt, J.